Margaret Meleady, Appellant, v. Elizabeth Gorman, Respondent, and Nellie Maternagan, Appellant, Impleaded with Others.— Judgment affirmed as to the defendant Elizabeth Gorman, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Lillian Metz, Respondent, v. New York and Queens County Railway Company, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Gustave F. Metz, Respondent, v. New York and Queens County Railway Company, Appellant.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Mary Morison, Respondent, v. Margaret E. McAdam, as Executrix, etc., Appellant.— Judgment modified by striking out the provision, "with the costs of this action in the sum of $159.02 dollars, to be taxed and inserted herein by the clerk, making the total sum of $1,635.02 dollars," and as so modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Mortgage Securities Company of New York, Respondent, v. Minnie G. Sanborn, Appellant, Impleaded with Others, Defendants.— Judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Catherine Muth, as Administratrix, etc., Appellant, v. City of Yonkers, Respondent.— Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Rich and Stapleton, JJ.

Pawel Pasuk, an Infant, etc., Appellant, v. American Manufacturing Company, Respondent.— Order reversed, without costs, and motion granted to the extent of giving the plaintiff, accompanied by not more than two persons, an inspection of the machine by which he claims to have been hurt, together with its equipment and appurtenances; that such persons be permitted to examine during business hours such machine, both in operation and at rest, and to take a photograph of the same; that the plaintiff give in writing notice to defendant's attorneys two days before such inspection, of the day and hour when the same will be had, and that at the time named such inspection and photograph be made within a period not exceeding fifteen minutes. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Carl Platou, Respondent, v. William G. Pigueron, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

Edward Prendergast, Appellant, v. The Erie Railroad Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr and Carr, JJ., concurred; Rich and Stapleton, JJ., dissented.

The People of the State of New York, Respondent, v. Phillip Allessi, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.